IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MIKE L. PHILLIPS**                                                                                               **PLAINTIFF**

VS.                      CASE NO. 3:11CV00063 JMM

**CAPITAL ONE, ET AL.**                                                                        **DEFENDANTS**

**ORDER**

Defendants' Motion for Admission *Pro Hac Vice* of Joshua H. Threadcraft, as counsel is granted (#7). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Joshua H. Threadcraft is hereby permitted to appear before this Court as counsel for Defendants.

IT IS SO ORDERED this  21  day of April, 2011.

                                                                        _____
                                                                        James M. Moody
                                                                        United States District Judge