IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MIKE L. PHILLIPS**                                                                                  **PLAINTIFF**

**VS.**                          **CASE NO.  3:11CV0063  JMM**

**CAPITAL ONE, ET AL**                                                      **DEFENDANTS**

**ORDER**

Based upon the parties' Joint Stipulation of Dismissal (#14), all claims contained in the complaint against the defendants, either individually or jointly, in the above styled case are dismissed with prejudice   Each party is to bear their own costs and fees.

IT IS SO ORDERED this   26    day of September,  2011.

_____
James M. Moody
United States District Judge